UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL CARDORA ROBERSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2965 |
| | § | |
| BRANDLEY HUTCHISON | § | |
| and | § | |
| J.E. BLAKE | § | |
| and | § | |
| J. HAWKINS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff Michael Cardora Roberson, an inmate in the Texas Department of Criminal Justice, filed a civil rights complaint. He now moves for appointment of counsel and to compel production of documents.

In his motion for appointment of counsel, the plaintiff requests counsel on the grounds that he is indigent, incarcerated, and uneducated in the law. A civil rights plaintiff has no automatic right to the appointment of counsel. *See Hulsey v. State of Texas*, 929 F.2d 168, 172-73 (5th Cir. 1991) (citing *Freeze v. Griffith*, 849 F.2d 172, 175 (5th Cir. 1988); *Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982)). The appointment of counsel is not required unless a case presents exceptional circumstances. *See Hulsey*, 929 F.2d at 173 (citing *Ulmer*, 691 F.2d at 212-13). Other than pointing to his status as an indigent inmate, the plaintiff provides no details in support of his request. Because he does not allege or show that exceptional circumstances warrant the appointment of counsel in this case, the plaintiff's motion will be denied at this time. If appropriate, the Court will reconsider whether counsel is necessary on its own motion at a later date.

In an order entered on February 18, 2020, this Court granted the defendants a protective order and ordered that no discovery will be permitted until after the defendants' motions to dismiss are resolved. *See* Doc. # 62. Accordingly, Roberson's motion to compel is denied.

For the foregoing reasons, it is ORDERED that Roberson's motion for appointment of counsel (Doc. # 66) and his motion to compel production of documents (Doc. # 68) are DENIED.

It is so ORDERED.

SIGNED on this 27th day of February, 2020.

Kenneth M. Hoyt
United States District Judge